[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**August 18, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 04-14175
Non-Argument Calendar

D.C. Docket No. 03-00008-CR-T-23-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZEFERINO CARLOS,
a.k.a. Roberto Sanchez Miranda,
a.k.a. Carlos Zeferino,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(August 18, 2005)**

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Zeferino Carlos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carlos's conviction and sentence are **AFFIRMED**.